No. 186. CYRUS BRADLEY, PLAINTIFF IN ERROR, *v.* SPOKANE & INLAND EMPIRE RAILROAD COMPANY. In error to the Supreme Court of the State of Washington. Argued for plaintiff in error and submitted for defendant in error, January 18, 1916. Decided January 24, 1916. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) *New Orleans Waterworks Co.* v. *Louisiana,* 185 U. S. 336, 344; *Consolidated Turnpike* v. *Norfolk &c. Ry.,* 228 U. S. 596, 600; *Parker* v. *McLain,* 237 U. S. 469, 471; (2) *Ross* v. *Oregon,* 227 U. S. 150; *Moore-Mansfield Co.* v. *Electrical Co.,* 234 U. S. 619; *Willoughby* v. *Chicago,* 235 U. S. 45. *Mr. Fred B. Morrill* and *Mr. William Hudson Smiley* for the plaintiff in error. *Mr. Will G. Graves* for the defendant in error.